Case 2:21-cr-00199-GMN-DJA   Document 73   Filed 03/05/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| United States of America )<br>v. )<br>Rene Morales )<br>)<br>Date of Original Judgment: 10/10/2023 )<br>Date of Previous Amended Judgment: _____ )<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 2:21-cr-00199-GMN-DJA-1<br>USM No: 59155-509<br><br>Madeline S. Lal<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

For the reasons discussed in the Court's Order, (ECF No. 72), Defendant's Motion for a Sentence Reduction Under Amendment 821, (ECF No. 68), is DENIED.

Except as otherwise provided, all provisions of the judgment dated  10/10/2023  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  March 5, 2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*                                                *Printed name and title*